JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
DAVID C. KIEBLER
Nevada Bar No. 16724
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTriallaw.com*
*MHale@GGTriallaw.com*
*DKiebler@GGTriallaw.com*

Attorneys for Plaintiff
Lakeisha Ward

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAKEISHA WARD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 2:26-cv-00800-NJK<br><br>**STIPULATION AND ORDER TO STAY CASE PENDING ARBITRATION**<br><br>ECF No. 7 |

**IT IS HEREBY STIPULATED AND AGREED** by the parties' counsel of record that this litigation be stayed as the parties have agreed to resolve their dispute through arbitration pursuant to the arbitration agreement between them.

It is hereby stipulated by and between the parties and ORDERED as follows:

1. The instant action, in its entirety, shall be stayed and submitted to binding arbitration pursuant to the terms of the Arbitration Agreement;

3. Nothing in this Stipulation shall serve as a waiver of Plaintiff's claims or Defendant's defenses; and

4. Each party shall bear its own fees and costs before this Court as of this date.

///

///

**IT IS SO STIPULATED.**

DATED: July 14, 2026.

| **GREENBERG GROSS LLP** | **JACKSON LEWIS PC** |
| --- | --- |
| */s/ David C. Kiebler* | */s/ Deverie J. Christensen* |
| David C. Kiebler<br>1980 Festival Plaza Drive, Suite 730<br>Las Vegas, Nevada 89135<br>DKiebler@GGTriallaw.com | Deverie Christensen<br>300 S 4th St #900<br>Las Vegas, NV 89101<br>Christensend@JacksonLewis.com |
| *Attorneys for Plaintiff* | Attorneys for Defendant |

**ORDER**

Based on the parties' stipulation [ECF No. 7] and good cause appearing, **IT IS ORDERED that this case is stayed pending arbitration. The Clerk of Court is directed to ADMINISTRATIVELY CLOSE this case.**

U.S. District Judge Jennifer A. Dorsey
Dated: July 15, 2026